### (April 24, 1974)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GARNEY SHEA, Respondent, v. LAWRENCE M. QUINLAN, as Sheriff of the County of Dutchess, Appellant.— In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Dutchess County, entered April 22, 1974, which sustained the writ. Judgment reversed, on the law, without costs, and writ dismissed, without prejudice to any application for review of bail that relator may be advised to make. Relator's application for a stay is denied. The affidavit sworn to April 18, 1974 is sufficient as a matter of law to sustain the warrant of arrest. Martuscello, Acting P. J., Shapiro, Cohalan, Benjamin and Munder, JJ., concur.

### (April 29, 1974)

CHARLES C. BUNKER, Respondent, v. MAVIS BUNKER, Appellant.— Order of the Supreme Court, Nassau County, dated November 27, 1973, affirmed, without costs. This court has on numerous previous occasions noted that the remedy for any seeming inequity in a temporary order of alimony is a speedy trial at which the rights of the parties may be fully determined (*Dubowsky* v. *Dubowsky*, 41 A D 2d 769; *Bogut* v. *Bogut*, 38 A D 2d 829). Hopkins, Acting P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.